# 812 CASES REPORTED WITH BRIEF SYLLABI.

In the Matter of the Application of the CONTINENTAL GUARANTY CORPORATION, Appellant, against CHARLES L. CRAIG, as Comptroller, etc., and Others, Respondents.— Motion granted so far as to permit the Transit Commissioners to file a brief as *amicus curiæ.* Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THEODORE L. STERN, Respondent, v. LOUIS ROSENBERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.·

ISIDOR FASTENBERG, Appellant, v. ROSE TILLMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MARY RUBERTO, Respondent, v. FREDERICK HENRY SCHEPP, Individually and as Executor and Trustee, etc., of ADAM SCHEPP, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

INTERNATIONAL BANKING CORPORATION, Respondent, v. Q. LAMAR PORTER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

AFRICAN-AMERICAN IMPORTING COMPANY, INC., Appellant, v. ABRAHAM WERBELOVSKY, Doing Business under the Firm Name and Style of J. H. WERBELOVSKY'S SON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

PUBLIC SERVICE CUP CO., INC., Respondent, v. THE LILY CUP CO., INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

PUBLIC SERVICE CUP CO., INC., Respondent, v. THE LILY CUP CO., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of the Addition to Fort Washington Park, etc., in the Borough of Manhattan, City of New York. WILTON HOLDING CORPORATION and Others, Respondents.— Decree, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MINNIE E. READ, as Executrix, etc., of SAMUEL H. READ, Deceased, Respondent, v. POSTAL TELEGRAPH-CABLE COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CLASSIC THEATRE CORPORATION, Appellant, v. NATHAN L. AMSTER, Respondent, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

GERHARD & HEY, INC., Appellant, v. CATTARAUGUS TANNING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MORRIS & CUMINGS DREDGING COMPANY, Appellant, v. ARTHUR McMULLEN COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.